UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE RIVERKEEPER, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:23-CV-00749 |
| ) | Judge Aleta A. Trauger |
| ARDAVAN AFRAKHTEH., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF ADDITIONAL MATERIAL FILED PURSUANT TO FED. R. CIV. P. 12(d)**

**(Declaration of Ardavan Afrakhteh)**

Defendant, Ardavan Afrakhteh, in accordance with the Court's May 10, 2024 Order (Doc. No. 20) files the declaration attached hereto as **Exhibit 1** in connection with the converted portions of the motion to dismiss filed by him under Fed. Civ. P. 12(b)(6).

Mr. Afrakhteh's declaration demonstrates he has never personally owned Sky Nashville and has no control over the property. The declaration further demonstrates Mr. Afrakhteh has fulfilled all necessary duties for the transfer of the NPDES Permit but cannot complete any additional action which may be required to facilitate the transfer of the Permit.

For the reasons demonstrated by Mr. Afrakhteh's declaration as well those set forth in his opening papers in support of his motion to dismiss, Tennessee Riverkeeper cannot demonstrate that Mr. Afrakhteh has created any on-going violations or has the ability to abate any alleged on-going violations. Tennessee Riverkeeper's lawsuit against Mr. Afrakhteh thus should be dismissed.

1

Respectfully submitted this 20th day of May, 2024.

                ARNETT, BAKER, DRAPER & HAGOOD, LLP

                By:   /s/Jay W. Mader
                        Jay W. Mader, BPR #016199
                        Paul E. Wehmeier, BPR #030400
                        800 S. Gay Street 2300
                        First Horizon Plaza
                        Knoxville, TN 37901-0300
                        (865) 546-7000
                        jmader@arnettbaker.com
                        pwehmeier@arnettbaker.com

                BUTLER|SNOW

                By:   /s/Katherine Barnes (w/permission Jay W. Mader)
                        J.W. Luna, BPR #5780
                        B. Hart Knight, BPR #025508
                        Katherine Barnes, BPR #032456
                        The Pinnacle at Symphony Place
                        150 Third Avenue South, Suite 1600
                        Nashville, TN 37201
                        (615) 651-6700
                        J.W.Luna@butlersnow.com
                        Hart.Knight@butlersnow.com
                        Katherine.Barnes@butlersnow.com
                        *Attorneys for Defendant Ardavan Afrakhteh*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and exact copy of the Notice of Additional Material Pursuant to Fed. R. Civ. P. 12(d) has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Elizabeth A. Alexander<br>Attorney for Plaintiff Tennessee Riverkeeper, Inc.<br>Alexander Law<br>4235 Hillsboro Pike<br>Suite 300<br>Nashville, TN 37215<br><br>Served via the Court's electronic filing system to:<br>**alexanderlawnashville@gmail.com** | Mark E. Martin<br>Attorney for Plaintiff Tennessee Riverkeeper, Inc.<br>1706 Reid Road<br>Oneonta, AL 35121<br><br>Served via the Court's electronic filing system to:<br>**mmartin@markemartin.com** |

      This 20th day of May, 2024.

                                        ARNETT, BAKER, DRAPER & HAGOOD, LLP

                                        By: /s/Jay W. Mader
                                              Jay W. Mader