This Instrument Prepared by:
Gregory S. Perrone, PC
109 Westpark Dr., Ste. 330
Brentwood, TN 37027

Karen Johnson    Davidson County
Batch# 825118    **DEEDWARRSP**
03/18/2022 03:56:52 PM    9 pgs
Fees: $48.00  Taxes: $57,350.00

20220318-0031859

## SPECIAL WARRANTY DEED

| ADDRESS NEW OWNER: | SEND TAX BILLS TO: | MAP/PARCEL NO.: |
|---|---|---|
| BGC Development, LLC<br>P.O. Box 150645<br>Nashville, TN 37215 | Same as New Owner | 092-09-0-274.00, 092-09-0-275.00, 092-09-0-381.00,<br>092-09-0-380.00, 092-09-0-273.00, 092-09-0-386.00,<br>092-09-0-291.00, 092-09-0-293.00, 092-09-0-292.00,<br>092-09-0-285.01, 092-09-0-281.00, 092-09-0-289.00,<br>092-09-0-280.00, 092-09-0-279.00, 092-09-0-278.00,<br>092-09-0-277.00, 092-09-0-276.00, 092-09-0-284.00,<br>092-09-0-285.00, 092-09-0-285.02, 092-09-0-286.00,<br>092-09-0-287.00, 092-09-0-288.00, 092-09-0-290.00,<br>092-09-0-155.00, 092-09-0-059.00, 092-09-0-058.00,<br>092-09-0-057.00 |

FOR AND IN CONSIDERATION of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **HILL 33, LLC, A TENNESSEE LIMITED LIABILITY COMPANY** (the "Grantor") has bargained and sold, and by these presents does transfer and convey unto **BGC DEVELOPMENT, LLC, A TENNESSEE LIMITED LIABILITY COMPANY** (the "Grantee"), its successors and assigns, all of Grantor's right, title and interest in and to that certain land **Davidson County, Tennessee**, as more particularly described on *Exhibit "A"* attached hereto and incorporated herein by reference.

TO HAVE AND TO HOLD the said tract or parcel of land, with the appurtenances, estate, title and interest thereto belonging to the Grantee, its successors and assigns, forever. And Grantor does covenant with the Grantee that he is lawfully seized and possessed of said land in fee simple, has a good right to convey it, and the same is unencumbered, except for those exceptions included on Exhibit "B", attached hereto and incorporated herein by reference. And Grantor does further covenant and bind himself, his heirs, successors and assigns to warrant and forever defend the title to the said land to the Grantee, its successors and assigns, ***against the lawful claims of all persons claiming through the Grantor, but not further or otherwise.***

Whenever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

*[Signatures Commence on Following Page]*



WITNESS Grantor's hand, this _17_ day of March, 2022.

HILL 33, LLC,
A TENNESSEE LIMITED LIABILITY COMPANY

By: _____
Name: Ardavan Afrakhteh
Its: Chief Manager


STATE OF _Tennessee_ )
COUNTY OF _Williamson_ )

Before me, the undersigned authority, a Notary Public within and for the State and County aforesaid, personally appeared Ardavan Afrakhteh, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who upon his oath acknowledged himself to be the Chief Manager of Hill 33, LLC, the within named bargainor, a company, and that he as such Chief Manager being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing the name of the company by the said Ardavan Afrakhteh as Chief Manager.

Witness my hand and official seal on this _17_ day of March, 2022.

_____
Notary Public
My Commission Expires: _10.26.24_

[Notary Seal: GREGORY S. PERRONE, NOTARY PUBLIC, STATE OF TENNESSEE, WILLIAMSON COUNTY]

The actual consideration for this transfer, or value of property (whichever is greater) is $15,500,000.00.

_____
Affiant

Subscribed and sworn before me this _17_ day of March 2022.

_____
Notary Public

My Commission Expires: 11/22/25

[Notary Seal: CARRIE BORDEN, STATE OF TENNESSEE, NOTARY PUBLIC, WILLIAMSON COUNTY]

# EXHIBIT "A"
## Legal Description

The Land is described as follows:

### TRACT NO. 1 (Map 92-9-274)

Land in Davidson County, being the North 3 feet of Lot 80 and all of Lot 81 on the plan of Wilcox Property of record in Book 421, page 42, Register's Office for Davidson County, Tennessee.

Said Lot No. 80 and part of Lot 81 fronts together 46 feet on the easterly side of 35th Avenue North and extends back between parallel lines 150 feet to an alley.

### TRACT NO. 2 (Map 92-9-275)

Land in Davidson County, Tennessee, being the southerly 40 feet of Lot No. 80 on the resubdivision of the Wilcox Property of record in Book 421, page 42, Register's Office for said County.

Said part of Lot No. 80 fronts 40 feet on the east side of 35th Avenue North and extends back between parallel lines along the northerly margin of Trevor Avenue, 150 feet to an alley.

### TRACT NO. 3 (Map 92-9-381)

Land in Davidson County, being Lot 82 on the map of the Resubdivision of Wilcox Property as of record in Plat Book 421, page 42, Register's Office for said County.

Said Lot No. 82 fronts 43 feet on the Easterly side of Remy and extends back between parallel lines 150 feet to an alley.

### TRACT NO. 4 (Map 92-9-380)

Land in Davidson County, Tennessee, being Lot No. 83 on the map of Resubdivision of Wilcox Property, as of record in Plat Book 421, page 42, said Register's Office.

Said Lot No. 83 fronts 43 feet on the easterly side of Remy Street and extends back between parallel lines 150 feet to an alley.

### TRACT NO. 5 (Map 92-9-273)

Land in Davidson County, Tennessee, being Lot No. 84 on the Map of the Resubdivision of the Wilcox Property as of record in Book 421, page 42, Register's Office for said County.

Said Lot No. 84 fronts 61 feet on the easterly side of 35th Avenue North, formerly Remy Street, and extends back 150 feet on the southerly line and 154 feet on the northerly line with the southerly margin of Watkins Street, to an alley in the rear measuring 88 feet thereon.

### TRACT NO. 6 (Map 92-9-386)

Being Lot Nos. 85 and 86 on the Plan of Re-Subdivision of the Wilcox Property of record in Book 421, page 42, Register's Office for said County.

Said Lot No. 85 fronts 95.5 feet on the northerly side of Trevor Street and runs back on the west line 125 feet, and on the east line 130 feet to an alley and shows 63 feet on said alley, and is bounded on the east by an alley.

3

Case 3:23-cv-00749   Document 14-2   Filed 10/09/23   Page 4 of 10 PageID #: 124
Case 3:23-cv-00749   Document 22-2   Filed 05/20/24   Page 3 of 9 PageID #: 387

Said Lot No. 86 fronts fifty feet on the northerly side of Trevor Street and runs back between parallel lines 125 feet to an alley.

### TRACT NO. 7 (Map 92-9-291)

Land in Davidson County, Tennessee, being Lot Nos. 102 and 103 on the Map of the resubdivision of the Wilcox Property, of record in Book 421, page 42, Register's Office for said County.

Said Lots 102 and 103 adjoin and front 50 feet each on the westerly side of 33rd Avenue North, formerly Murray Street and runs back between parallel lines 150 feet to an alley.

### TRACT NO. 8 (Map 92-9-293)

Land in Davidson County, Tennessee, being Lot No. 105 on the Plan of resubdivision of the Wilcox Property as of record in Book 421, page 42, Register's Office for said County.

Said Lot No. 105 fronts 50 feet on the westerly side of Murray Street and runs back between parallel lines 150 feet to an alley.

### TRACT NO. 9 (92-9-292)

Land in Davidson County, being known as Lot No. 104 on the resubdivision of the Wilcox Subdivision, of record in Book 421, page 42, Register's Office for said County.

Said Lot No. 104 fronts 50 feet on the westerly side of Murray Street and extends back between parallel lines 150 feet to an alley.

### TRACT NO. 10 (92-9-285.01)

Land in Davidson County, Tennessee, being Lot No. 94 on the plan of the resubdivision of the Wilcox Property, as of record in Book 421, page 42, Register's Office for said County.

Said Lot No. 94 fronts 52 feet on the southerly side of Delaware Avenue formerly Watkins Street and runs back between 182.5 feet on the westerly line and 195 feet on the easterly line to an alley, measuring 50 feet thereon.

### TRACT NO. 11 (92-9-281)

Land in Davidson County, Tennessee, being Lot No. 87 in the resubdivision of the Wilcox Property, as of record in Book 421, page 42, said Register's Office.

Said Lot No. 87 fronts fifty feet on the north side of Trevor Street and extends back northerly between parallel lines 125 feet to a 20 foot alley.

### TRACT NO. 12 (92-9-280)

Land in Davidson County, Tennessee, being the easterly one-half of Lot No. 88 on the Plan of the Wilcox Property, of record in Plat Book 421, page 42, said Register's Office.

Said part of Lot No. 88 fronts 25 feet on the northerly margin of Trevor Street and extends back between parallel lines 125.0 feet to a 20 foot alley.

4

Case 3:23-cv-00749   Document 14-2   Filed 10/09/23   Page 5 of 10 PageID #: 125
Case 3:23-cv-00749   Document 22-2   Filed 05/20/24   Page 4 of 9 PageID #: 388

TRACT NO. 13 (92-9-289)

Land in Davidson County, Tennessee, being Lot No. 100 on the Plan of Resubdivision of the Wilcox Property, as of record in Book 421, page 42, said Register's Office.

Said Lot No. 100 fronts 50 feet on the westerly side of 33rd Avenue North and runs back between parallel lines, with the southerly margin of Delaware Avenue, formerly Watkins Street, 150 feet to an alley.

Included in the above description, but excluded therefrom is that part of the property conveyed to the State of Tennessee, of record in Book 4106, page 11, said Register's Office.

TRACT NO. 14 (92-9-279)

Lot No. 89 and the westerly 25 feet of Lot 88 in the resubdivision of the Wilcox Property, a plan of which is of record in Book 421, page 42, Register's Office for said County.

Said Lot No. 89 and part of Lot 88 join and front together 75 feet on the North side of Trevor Street and extend back northwardly between parallel lines, 125 feet to a 20 foot alley.

TRACT NO. 15 (92-9-278)

Land in Davidson County, Tennessee, being Lot No. 90 on the Plan of the resubdivision of the Wilcox Property, as of record in Book 421, page 42, Register's Office for Davidson County, Tennessee to which plan reference is hereby made for a more accurate description.

TRACT NO. 16 (92-9-277)

Land in Davidson County, Tennessee, being Lot No. 91 on the Plan of the resubdivision of the Wilcox Property as of record in Book 421, page 42, Register's Office for Davidson County, Tennessee to which plan reference is hereby made for a more accurate description.

TRACT NO. 17 (92-9-276)

Being Lot No. 92 on the Plan of resubdivision of Wilcox Property of record in Plat Book 421, page 42, Register's Office for Davidson County, Tennessee to which plan reference is hereby made for a more complete and accurate description.

TRACT NO. 18 (92-9-284)

Land in Davidson County, Tennessee, being Lot No. 93 as shown on the map entitled Wilcox Property of record in Plat Book 421, page 42, Register's Office for Davidson County, Tennessee, to which reference is hereby made for a more complete description thereof.

TRACT NO. 19 (92-9-285)

Land in Davidson County, Tennessee, being Lot 95 on the Plan of the Subdivision of the Wilcox Property, as of record in Book 421, page 42, Register's Office for said County.

TRACT NO. 20 (92-9-285.02)

Land in Davidson County, Tennessee being Lot No. 96 on the Plan of the resubdivision of the Wilcox property as of record in Book 421, page 42, Register's Office for said County.

Said Lot No. 96 fronts 52 feet on the southerly margin of Delaware Avenue and extends back between lines, 170 feet on the easterly line and 157.7 feet on the westerly line, to a 20 foot alley on which it measures 50 feet.

### TRACT NO. 21 (92-9-286)

Land in Davidson County, Tennessee, being Lot No. 97 on the Plan of the resubdivision of the Wilcox Property of record in Book 421, page 42, Register's Office for said County.

Said Lot No. 97 fronts 52 feet on the southerly side of Watkins Street and runs back 157.7 feet on the east line and 145.3 feet on the west line to an alley and runs and 50 feet from the east line to the west line on said alley.

### TRACT NO. 22 (92-9-287)

Land in Davidson County, Tennessee, being Lot No. 98 on the plan of the resubdivision of the Wilcox property, of record in Book 421, page 42, Register's Office for said County.

Said Lot No. 98 fronts 52 feet on the southerly side of Watkins Street and runs back southerly 145.3 feet on the east line and 133 feet on the west line to an alley and runs 50 feet from the east line to the west line on said alley.

### TRACT NO. 23 (92-9-288)

Land in Davidson County, Tennessee, being Lot No. 99 on the Plan of the Resubdivision of the Wilcox Property of record in Book 421, page 42, Register's Office for Davidson County, Tennessee, to which plan reference is hereby made for a more complete and accurate legal description.

Said Lot 99 fronts 52 feet on the southerly side of Watkins Street and runs back 133 feet on the easterly line and 120.5 feet on the westerly line to an alley at the rear on which it measures 50 feet. Said Lot is also bounded on the westerly side by an alley.

### TRACT NO. 24 (92-9-290)

Being Lot 101 of the resubdivision of the Wilcox Property as recorded in Map Book 421, page 42, in the Register's Office of Davidson County said Lot #101 fronts 50 feet on the westerly margin of Murray Street (now 33rd Avenue) and runs back between parallel lines one hundred and fifty feet (150') to a 20 foot alley. Less and Except the property conveyed to the State of Tennessee by Judgement of record in Book 4151, Page 300, Register's Office for Davidson County, Tennessee.

Being the same property conveyed to HILL 33, LLC, A Tennessee limited liability company by Executor's Special Warranty Deed from Katherine Madden, in her capacity as Executor of the Estate of Howard Groves, of record in Instrument No. 20151002-0100496, Register's Office for Davidson County, Tennessee, dated September 30, 2015, and recorded on October 02, 2015.

### TRACT NO. 25 (092-09-0-059)

Land in Davidson County, Tennessee, being Lot No. 111 on the Plan of Subdivision of W.R. Wilson Tract of record in Plat Book 332, Page 161 (incorrectly referenced in previous deeds as being of record in Plat Book 57, Page 100), in the Register's Office for Davidson County, Tennessee, to which Plan reference is hereby made for a more complete description of the property.
Less and except that portion of the property now contained in the right-of-way of I-40 as conveyed to the State of Tennessee by Judgment of record in Book 4002, Page 858, Register's Office for Davidson

County, Tennessee.

Being a portion of the same property conveyed to Amir Karshenas by Installment Deed from Harold S. Bernard of record in Book 6853, Page 650, Register's Office for Davidson County, Tennessee, dated May 9, 1986 and recorded on May 12, 1986. (Value or consideration as shown in aforementioned deed ($3,000.00.) See also Final Decree Confirming Sale to Margaret Whitfield of record in Book 10832, Page 616.

Being a portion of the same property conveyed to Martin Luther King, Jr. Lodge # 361 by Quitclaim Deed from Margaret Whitfield of record in Book 11681, Page 308, Register's Office for Davidson County, Tennessee, dated September 15, 1999 and recorded on September 30, 1999. (Value or consideration as shown in aforementioned deed ($0.00.) See also Final Decree Confirming Sale to the Metropolitan Government of Nashville and Davidson County, Tennessee, of record in Instrument Number 20010824-0091891.

Being a portion of the same property conveyed to Hill 33, LLC by Quitclaim Deed from The Metropolitan Government of Nashville and Davidson County, Tennessee of record in Instrument No. 20180808-0078073, Register's Office for Davidson County, Tennessee, dated August 8, 2018 and recorded on August 8, 2018. (Value or consideration as shown in aforementioned deed $21,700.00.)

## TRACT NO. 26 (092-09-0-058)

Land in Davidson County, Tennessee, being Lot No. 112 on the Plan of Subdivision of W. R. Wilson Tract of record in Plat Book 332, Page 161, (incorrectly referenced in previous deeds as being of record in Plat Book 57, Page 100), in the Register's Office for Davidson County, Tennessee, to which Plan reference is hereby made for a more complete description of the property. Less and except that portion of the property now contained in the right-of-way of I-40 as conveyed to the State of Tennessee by Judgment of record in Book 4002, Page 858, Register's Office for Davidson County, Tennessee.

Being a portion of the same property conveyed to Amir Karshenas by Installment Deed from Harold S. Bernard of record in Book 6853, Page 650, Register's Office for Davidson County, Tennessee, dated May 9, 1986 and recorded on May 12, 1986. (Value or consideration as shown in aforementioned deed ($3,000.00.) See also Final Decree Confirming Sale to Margaret Whitfield of record in Book 10832, Page 669.

Being a portion of the same property conveyed to Martin Luther King, Jr. Lodge #361 by Quitclaim Deed from Margaret Whitfield of record in Book 11681, Page 308 Register's Office for Davidson County, Tennessee, dated September 15, 1999 and recorded on September 30, 1999. (Value or consideration as shown in aforementioned deed ($0.00.)
See also Final Decree Confirming Sale to the Metropolitan Government of Nashville and Davidson County, Tennessee, of record in Instrument Number 20010824-0091890.

Being a portion of the same property conveyed to Hill 33, LLC by Quitclaim Deed from The Metropolitan Government of Nashville and Davidson County, Tennessee of record in Instrument No. 20180808-0078075, Register's Office for Davidson County, Tennessee, dated August 8, 2018 and recorded on August 8, 2018. (Value or consideration as shown in aforementioned deed $21,700.00.)

## TRACT NO. 27 (092-09-0-057)

Land in Davidson County, Tennessee, being Lot No. 113 on the Plan of Subdivision of W. R. Wilson Tract of record in Plat Book 332, Page 161 (incorrectly referenced in previous deeds as being of record in Plat Book 57, Page 100), in the Register's Office for Davidson County, Tennessee, to which Plan reference is hereby made for a more complete description of the property. Less and except that portion of the property now contained in the right-of-way of I-40 as conveyed to the State of Tennessee by Judgment of record in Book 3849, Page 816, Register's Office for Davidson County, Tennessee.

Being a portion of the same property conveyed to Louella Turner by Installment Deed from H. J. Holt of record in Book 3431, Page 137 Register's Office for Davidson County, Tennessee, dated August 16, 1962 and recorded on August 28, 1962. (Value or consideration as shown in aforementioned deed ($2,950.00.)
See also Final Decree Confirming Sale to James H. & Dorothy Akins or Evelyn Bess of record in Book 9942, Page 141.
See also Final Decree Confirming Sale to the Metropolitan Government of Nashville and Davidson County, Tennessee, of record in Book 11150, Page 271.

Being the same property conveyed to Hill 33, LLC by Quitclaim Deed from The Metropolitan Government of Nashville and Davidson County, Tennessee of record in Instrument No. 20180808-0078074 Register's Office for Davidson County, Tennessee, dated August 8, 2018 and recorded on August 8, 2018. (Value or consideration as shown in aforementioned deed $21,700.00.)

### TRACT NO. 28 (092-09-0-155)

Land in the 11th Ward of the City of Nashville, Davidson County, Tennessee, described as follows:
BEGINNING at a point in the northerly margin of Delaware Street, at the southwest corner of Lot No. 48 on the Map of the A. W. Wills Subdivision, as of record in Plat Book 161, page 107, Register's Office; thence with the margin of said Avenue, westerly 355 feet more or less to a point in the easterly margin of an alley; thence with the margin of the same, northerly 105.2 feet more or less to a point in the southerly margin of Interstate Highway 1-40; thence with the margin of Interstate Highway 1-40, easterly 330 feet more or less to the Lot 48 above referred to; thence with the westerly line of said lot, southerly 15 feet more or less to the beginning. Less and except that portion of the property now contained in the right-of-way of I-40 as conveyed to the State of Tennessee by Judgment of record in Book 4419, Page 97, Register's Office for Davidson County, Tennessee.

Being a portion of the same property conveyed to Anne Elizabeth McKissack Brown and William DeBerry McKissack by Warranty Deed from Mrs. Anne Elizabeth McKissack Brown, Co-Executrix and/or Trustee; William DeBerry McKissack, Executor and/or Trustee, and the First American National Bank, Co-Executor and/or Trustee and each as Executors and Trustees of the Estate of Calvin L. McKissack, deceased, of record in Book 4525, Page 706, Register's Office for Davidson County, Tennessee, dated July 30, 1971 and recorded on August 30, 1971. (Value or consideration as shown in aforementioned deed $2,000.00.)
See also Final Decree Confirming Sale to the Metropolitan Government of Nashville and Davidson County, Tennessee, of record in Instrument Number 2004115-0136938.

Being the same property conveyed to Hill 33, LLC by Quitclaim Deed from The Metropolitan Government of Nashville and Davidson County, Tennessee of record in Instrument No. 20190118-0005470, Register's Office for Davidson County, Tennessee, dated January 18, 2019 and recorded on January 18, 2019.

8

Case 3:23-cv-00749   Document 14-2   Filed 10/09/23   Page 9 of 10 PageID #: 129
Case 3:23-cv-00749   Document 22-2   Filed 05/20/24   Page 8 of 9 PageID #: 392

## EXHIBIT "B"
## Permitted Exceptions

1. General or special taxes and assessments required to be paid in the year 2022 and subsequent years.
2. Matters shown on the Plan of record in Book 332, page 161, said Register's Office.
3. Right-of-Way of Highway I-40 of record in Book 4002, Page 858 (Tracts 25 and 26), said Register's Office.
4. Conveyances to the State of Tennessee for the construction of a controlled access highway of record in Book 3849, Page 816 (Tract 27) and Book 4419, Page 97 (Tract 28), said Register's Office.
5. Matters shown on the Plan of record in Plat Book 421, Page 42, said Register's Office.
6. Declarations of Restrictions and Covenants for Stormwater Facilities and Systems of record in Instrument No. 20200408-0037169, said Register's Office.

9

Case 3:23-cv-00749   Document 14-2   Filed 10/09/23   Page 10 of 10 PageID #: 130
Case 3:23-cv-00749   Document 22-2   Filed 05/20/24   Page 9 of 9 PageID #: 393