UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TENNESSEE RIVERKEEPER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:23-cv-00749 |
| | ) | Judge Aleta A. Trauger |
| v. | ) | |
| | ) | |
| ARDAVAN AFRAKHTEH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, Ardavan Afrakhteh's Motion to Dismiss (Doc. No. 14), as converted to a motion for summary judgment by the court's Order of May 10, 2024, is hereby **GRANTED**, without prejudice to any issue other than whether the citizen suit provision of the Clean Water Act permitted a claim by Tennessee Riverkeeper, Inc. against Afrakhteh, as of July 25, 2023. The Clerk shall enter judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge