# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Tennessee Riverkeeper, Inc.

                    Plaintiff,

v.                                   Case No.: 3:23–cv–00749

Ardavan Afrakhteh

                    Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/11/2024 re [23], [24].

                                                                         Lynda M. Hill
                                                      s/ Megan Gregory, Deputy Clerk